ROBERT D. VANNAH, ESQ.
Nevada Bar. No. 002503
JOHN B. GREENE, ESQ.
Nevada Bar No. 004279
**VANNAH & VANNAH**
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
Telephone:  (702) 369-4161
Facsimile:  (702) 369-0104
jgreene@vannahlaw.com

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 005331
**GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, Nevada  89123
Telephone:  (702) 388-9969

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHERI BOLDEN, as Special Administrator of the Estate of DEBRA WEIGHTMAN, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>TRUMBULL INSURANCE COMPANY, a Connecticut corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:   **2:10-cv-01479-KJD-RJJ**<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff and Defendant, by and through their undersigned counsel, hereby Stipulate that

Plaintiff's claims against Defendant shall be dismissed with prejudice, with each party to bear their

///

///

///

///

1

1   own attorney's fees and costs.

2   DATED this 9ᵗʰ day of September, 2011.        DATED this 9ʰ day of September, 2011.

3

4

5   /S/ JOHN B. GREENE, ESQ.                      /S/ DARREN T. BRENNER, ESQ.
    JOHN B. GREENE, ESQ.                          DARREN T. BRENNER, ESQ.
    Nevada Bar No.: 004279                        Nevada Bar No.: 008386
6   VANNAH & VANNAH                               LEWIS & ROCA, LLP
    400 South Fourth Street, 6ᵗʰ Floor           3993 Howard Hughes Parkway, Suite 600
7   Las Vegas, Nevada 89101                       Las Vegas, Nevada 891169
    Counsel for Plaintiff                         Counsel for Defendant
8

9

10

11

12                                                **IT IS SO ORDERED:**

13

14
                                                  _____
15                                                UNITED STATES DISTRICT JUDGE

16                                                DATED:   September 13, 2011
                                                          _____

17

18

19  Submitted by:

20  VANNAH & VANNAH

21

22  /S/ JOHN B. GREENE, ESQ.
    JOHN B. GREENE, ESQ.
23  Nevada Bar No.: 004279
    400 South Fourth Street, 6ᵗʰ Floor
24  Las Vegas, Nevada 89101
    Counsel for Plaintiff
25

26

27

28

VANNAH & VANNAH
400 South Fourth Street, 6ᵗʰ Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161    Facsimile (702) 369-0104