ROBERT D. VANNAH, ESQ.
Nevada Bar. No. 002503
JOHN B. GREENE, ESQ.
Nevada Bar No. 004279
**VANNAH & VANNAH**
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
Telephone:  (702) 369-4161
Facsimile:  (702) 369-0104
jgreene@vannahlaw.com

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 005331
**GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, Nevada  89123
Telephone:  (702) 388-9969

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERI BOLDEN, as Special Administrator of the Estate of DEBRA WEIGHTMAN, deceased, | **CASE NO.:    2:10-cv-01479-KJD-RJJ** |
| Plaintiff, | |
| vs. | |
| TRUMBULL   INSURANCE   COMPANY,   a Connecticut corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| Defendants. | |

Plaintiff and Defendant, by and through their undersigned counsel, hereby Stipulate that

Plaintiff's claims against Defendant shall be dismissed with prejudice, with each party to bear their

///

///

///

///

VANNAH & VANNAH
400 South Fourth Street, 6th Floor • Las Vegas, Nevada 89101
Telephone (702) 369-4161     Facsimile (702) 369-0104

1

own attorney's fees and costs.

DATED this 9th day of September, 2011.          DATED this 9<sup>h</sup> day of September, 2011.


/S/ JOHN B. GREENE, ESQ.                          /S/ DARREN T. BRENNER, ESQ.
JOHN B. GREENE, ESQ.                              DARREN T. BRENNER, ESQ.
Nevada Bar No.: 004279                            Nevada Bar No.: 008386
VANNAH & VANNAH                                   LEWIS & ROCA, LLP
400 South Fourth Street, 6th Floor     3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89101                           Las Vegas, Nevada 891169
Counsel for Plaintiff                             Counsel for Defendant


IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 13, 2011


Submitted by:

VANNAH & VANNAH


/S/ JOHN B. GREENE, ESQ.
JOHN B. GREENE, ESQ.
Nevada Bar No.: 004279
400 South Fourth Street, 6th Floor
Las Vegas, Nevada 89101
Counsel for Plaintiff